JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED FLOW ENGINEERING, INC., <br><br> Plaintiff, <br><br> v. <br><br> INJEN TECHNOLOGY CORPORATION, LTD, et al. <br><br> Defendants. | Case No. EDCV 23-2040-GW-SPx <br><br> **ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice in its entirety. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 17, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE